

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Robert Christopher Young, Jr., and
Lashun Fuqua as Independent
Administrator of the Estate of Lonnetta
Johnson

No. 06-24-00054-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and
Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
Rambin.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief

sought. Therefore, we deny the petition.

RENDERED JUNE 10, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk